# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 18, 2015

## NO. 03-15-00050-CV

**Bastrop County, Appellant**

**v.**

**Marcela Jimenez-Scott, Appellee**

**APPEAL FROM THE 335TH DISTRICT COURT OF BASTROP COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the interlocutory order signed by the trial court on January 7, 2015. Bastrop County has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.